UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. COSTON, <br> Petitioner, <br> v. <br> JOSIE GASTELO, Warden, <br> Respondent. | Case No. 21-00911 BLF (PR) <br> **ORDER OF TRANSER** |

Petitioner, a state prisoner at the California State Prison ("CSP") in San Luis Obispo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging the latest denial of parole.[1] Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction or sentencing. *See* Habeas L.R. 2254-3(b)(1); *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if the petition challenges the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Here,

---

[1] This matter was reassigned to this Court on March 19, 2021. Dkt. Nos. 6, 7.

Petitioner is currently confined at CSP in San Luis Obispo, which lies within the venue of the Western Division of the Central District of California. *See* 28 U.S.C. § 84(c). Therefore, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

Dated: __June 22, 2021_____

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\HC.21\00911Coston_transfer