UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. COSTON,<br><br>        Petitioner<br><br>    v.<br><br>JOSE GASTELO,<br><br>        Respondent. | Case No. 2:21-cv-05075-PA (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative 28 U.S.C. § 2254 petition in this case, all relevant pleadings and other documents filed and lodged in this action including Respondent's Motion to Dismiss (Dkt. 20, "Motion") and the related Opposition and Reply papers (Dkts. 30 and 32), and the Report and Recommendation of United States Magistrate Judge (Dkt. 35, "Report").  The time for filing Objections to the Report has passed, and no Objections or request for an extension of time to file Objections has been received.

      Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

      Accordingly, **IT IS ORDERED** that: (1) the Motion is GRANTED for the reasons set forth in the Report; (2) to the extent that Grounds Two and Four of the

Petition can be construed to raise a direct challenge to an alleged "gang validation," these possible claims are dismissed without prejudice to Petitioner raising them in a state or federal court through an appropriate non-Section 2254 action; and (3) in all other respects, the Petition is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 11, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE