JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. COSTON,<br>Petitioner<br>v.<br>JOSE GASTELO,<br>Respondent. | Case No. 2:21-cv-05075-PA (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with and without prejudice, as set forth in the foregoing Order.

DATE: May 11, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE